UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Erin Mock, et al.
Plaintiff,

v.

Case No. 3:13-cv-457

Viacom, Inc.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Erin Mock hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the

Attached is a Certificate of Good Standing from that Court.

s/ Joshua B. Swigart
Signature

Name: Joshua B. Swigart

Address: 2111 Camino Del Rio South

Address: Suite 101

Address: San Diego, CA 92108

Phone: (619) 233-7770

Email: josh@westcoastlitigation.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *