Civil Action No. 3:13-CV-00457

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Viacom, Inc.
was received by me on *(date)* 05/31/2013

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Becky DeGeorge, who is designated by law to accept service of process on behalf of *(name of organization)* Viacom, Inc.
on *(date)* 06/03/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/10/2013

*Server's signature*

Jenice Rossner (Process Server)
*Printed name and title*

Southwest Legal Services, LLC
2221 Camino Del Rio South, Suite 103
San Diego, CA 92108
*Server's address*

Additional information regarding attempted service, etc: