# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ▼

| | | |
|---|---|---|
| ERIN MOCK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:13-CV-00457 |
| VIACOM, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Viacom, Inc.

Date: 6/18/13

*Attorney's signature*

Will Parsons, BPR #26519
*Printed name and bar number*

Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, TN 37203

*Address*

Will@bowenhayes.com
*E-mail address*

(615) 329-4440
*Telephone number*

(615) 329-4485
*FAX number*