IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIN MOCK, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:13-cv-00457 |
| v. | ) ) | JUDGE CAMPBELL |
| VIACOM, INC., | ) ) | MAGISTRATE JUDGE BRYANT |
| Defendant. | ) ) | Jury Trial Demanded |

## JOINT STIPULATION

As evidenced by the signatures of counsel below, the parties hereby jointly stipulate that the Defendant shall have until July 26, 2013, to file its Fed.R.Civ.P. 12 response to Plaintiff's Complaint.

Respectfully submitted

/s Will Parsons
Will Parsons, TN BPR No. 26519
BOWEN, HAYES & KREISBERG, PLC
47 Music Square East
Nashville, TN 37203
Tel: (615) 329-4440
Fax: (615) 329-4485
will@bowenhayes.com

*Attorneys for Defendant*

/s Norris A. Kessler, III
Andrew P. Davis
Norris A. Kessler , III
Davis, Kessler & Davis
705 Dinah Shore Boulevard
Winchester, TN 37398
(931) 967-7000
Fax: (931) 968-0680
Email: andy@daviskessler.com
Email: nickkessler@hotmail.com
    --and--

Abbas Kazerounian
Kazerouni Law Group, APC
2700 N Main Street
Suite 1000
Santa Ana, CA 92705
(800) 400-6808
Fax: (800) 520-5523
Email: ak@kazlg.com

    --and--

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South
Suite 301
San Diego, CA 92108
(619) 233-7770
Fax: (619) 297-1022
Email: josh@westcoastlitigation.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically and as such, was served on all counsel of record, via electronic service.

Abbas Kazerounian
Kazerouni Law Group, APC
2700 N Main Street
Suite 1000
Santa Ana, CA 92705
(800) 400-6808
Fax: (800) 520-5523
Email: ak@kazlg.com

Andrew P. Davis
Norris A. Kessler , III
Davis, Kessler & Davis
705 Dinah Shore Boulevard
Winchester, TN 37398
(931) 967-7000
Fax: (931) 968-0680
Email: andy@daviskessler.com
Email: nickkessler@hotmail.com

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South
Suite 301
San Diego, CA 92108
(619) 233-7770
Fax: (619) 297-1022
Email: josh@westcoastlitigation.com

on this the 19th day of June, 2013.

/s Will Parsons