# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

ERIN MOCK
Plaintiff,

v.

Case No. 3:13-cv-00457

VIACOM, INC.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for       Viacom, Inc.       hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the       Southern District of New York       . Attached is a Certificate of Good Standing from that Court.

           s/    Jeffrey S. Jacobson
                        Signature

Name:    Jeffrey S. Jacobson

Address:    Debevoise & Plimpton, LLP

Address:    919 Third Avenue

Address:    New York, NY 10022

Phone:    (212) 909-6000

Email:    jsjacobson@debevoise.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

### * * * INCLUDE A CERTIFICATE OF SERVICE * * *