# United States District Court

Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**JEFFREY S. JACOBSON**, Bar # **JJ8872**

was duly admitted to practice in this Court on

**AUGUST 31st, 1999**, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u> on **JUNE 20th, 2013**

<u>Ruby J. Krajick</u>  by  _[signature]_
Clerk                    Deputy Clerk

Case 3:13-cv-00457   Document 23   Filed 06/26/13   Page 1 of 1 PageID #: 57