UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIN MOCK, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:13-0457 |
| | ) | JUDGE CAMPBELL |
| VIACOM, INC. | ) | |

ORDER

The Court is in receipt of a Stipulation of Settlement and Fed. R. Civ. P. 41(A) Voluntary Dismissal with Prejudice (Docket No. 25). Accordingly, this case is dismissed and the Clerk is directed to close the file

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE